USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/19

**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899　　　　　　　　　　　　　　　　　　　　　　　FAX 212-964-2926

December 2, 2019

Hon. Richard J. Sullivan
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

### Re: United States v. Tyrell Sumpter,
18 Cr. 373 (RJS)

Your Honor,

　　I write to request an adjournment of Tyrell Sumpter's sentencing which is currently scheduled for December 13, 2019. The Court permitted the defense to retain a mitigation expert and more time is needed for completion of their work. I am also preparing to respond to the Court's order indicating that the defense should be prepared to tell the Court why an upward variance is not warranted in Mr. Sumpter's case.

　　The government, by Matthew Hellman, Esq., consents to this application. Therefore, I request an adjournment of Mr. Sumpter's sentence to a date in early February, 2020.

Respectfully,

*Lisa Scolari*

Lisa Scolari

---

IT IS HEREBY ORDERED THAT Defendant's sentencing, currently scheduled to be held on December 13, 2019, is adjourned to Wednesday, February 5, 2020 at 10:00 a.m. The sentencing shall be held in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Defendant shall file his sentencing submission by January 22, 2020, and the government shall file its sentencing submission by January 29, 2020.

SO ORDERED.

Dated: December 2, 2019
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation