USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/20

**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                                FAX 212-964-2926

January 25, 2020

Hon. Richard J. Sullivan
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Tyrell Sumpter,**
18 Cr. 373 (RJS)

Your Honor,

I write to request an adjournment of Tyrell Sumpter's sentencing which is currently scheduled for February 5, 2020. As the Court is aware, the defense has retained a mitigation expert. I seek an adjournment because additional time is needed for completion of the mitigation work. I am also preparing to respond to the Court's order indicating that the defense should be prepared to tell the Court why an upward variance is not warranted in Mr. Sumpter's case.

The government, by Matthew Hellman, Esq., consents to this application. Therefore, I request an adjournment of Mr. Sumpter's sentence to a date at the end of March, 2020.

Respectfully,

*Lisa Scolari*

Lisa Scolari

```
IT IS HEREBY ORDERED THAT Defendant's sentencing, currently
scheduled to be held on February 5, 2020, is adjourned to
March 25, 2020 at 10:00 a.m.  The sentencing shall be held
in Courtroom 11B of the Daniel Patrick Moynihan United
States Courthouse, 500 Pearl Street, New York, NY, 10007.
Defendant shall file his sentencing submission by March 11,
2020, and the government shall file its sentencing
submission by March 18, 2020.

SO ORDERED.

Dated:  January 27, 2020
        New York, New York
                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation
```