USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2020

**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street, Suite 400**
**New York, New York 10007**
lscolarilaw@earthlink.net

TEL 212-227-8899  FAX 212-964-2926

March 15, 2020

Hon. Richard J. Sullivan
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Tyrell Sumpter,**
18 Cr. 373 (RJS)

Your Honor,

  I write to request an adjournment of Tyrell Sumpter's sentencing which is currently scheduled for March 25, 2020. I have been unable to meet with Mr. Sumpter to prepare for sentencing for more than two weeks. As the Court is undoubtedly aware, MCC was locked down and not permitting legal visits for most of that time. After legal visits resumed, I attempted to see Mr. Sumpter and learned that he had been transferred to MDC in Brooklyn. I had planned to meet with him yesterday, Saturday, but on Friday, March 13, 2020 the Bureau of Prisons instituted a thirty day nationwide cancellation of all visits due to the coronavirus.

  At this time, I do not anticipated requesting a *Fatico* hearing related to Mr. Sumpter's sentencing. However, I seek an adjournment of Mr. Sumpter's sentence to a date in mid to late May, 2020. Once counsel visits resume I must have sufficient time to meet with Mr. Sumpter and prepared for sentence. At this point, we do not know whether the BOP will deem it safe to resume counsel visits in thirty days.

  The government, by Matthew Hellman, Esq., consents to this application. Therefore, I request an adjournment of Mr. Sumpter's sentence to a date in mid to late May, 2020.

        Respectfully,

        *Lisa Scolari*

        Lisa Scolari

SO ORDERED:

_____
HON. RICHARD J. SULLIVAN

IT IS HEREBY ORDERED that the sentencing scheduled for March 25, 2020, is adjourned to May 20, 2020, at 3:00 p.m. The sentencing shall be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED_____
Dated: 3/16/20  RICHARD J. SULLIVAN
      U.S.D.J.