UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TYRELL SUMPTER,

                    Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2020
```

No. 18-cr-373-6 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      Defendant Tyrell Sumpter has requested to adjourn his sentencing, currently scheduled for May 20, 2020, until a date in late July or early August in light of the COVID-19 pandemic. The government has consented to that request. Accordingly, IT IS HEREBY ORDERED THAT Defendant's sentencing is adjourned to July 28, 2020 at 3:00 p.m. The sentencing shall be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. IT IS FURTHER ORDERED THAT Defendant shall file his sentencing submission by July 14, 2020, and the government shall file its sentencing submission by July 21, 2020.

SO ORDERED.

Dated:      May 13, 2020
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation