UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v- | No. 18-cr-373-6 (RJS) |
| TYRELL SUMPTER, | ORDER |
| Defendant. | |

RICHARD J. SULLIVAN, Circuit Judge:

With the consent of the parties, IT IS HEREBY ORDERED THAT Defendant's sentencing, which is currently scheduled for July 7, 2021, will instead take place on Thursday, July 15, 2021 at 10:00 a.m. in Courtroom 15A at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Defendant shall file his sentencing submission by July 1, 2021, and the government shall file its sentencing submission by July 8, 2021.

SO ORDERED.

Dated: June 8, 2021
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation