UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TYRELL SUMPTER,<br><br>                        Defendant. | No. 18-cr-373-6 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT Defendant's sentencing will take place on Thursday, July 15, 2021 at 3:00 p.m. in Courtroom 23A at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. The Court is in receipt of Defendant's sentencing submission dated July 1, 2021 (Doc. No. 835); the government shall file its sentencing submission by July 8, 2021.

SO ORDERED.

Dated:    July 2, 2021
                New York, New York

                                                                     RICHARD J. SULLIVAN
                                                                     UNITED STATES CIRCUIT JUDGE
                                                                     Sitting by Designation