UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TYRELL SUMPTER,

      Defendant.

No. 18-cr-373-6 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

  IT IS HEREBY ORDERED THAT Defendant's sentencing, which is scheduled for Thursday, July 15, 2021 at 3:00 p.m., will take place in Courtroom 18C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding either in-person in Courtroom 18C or via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:  July 7, 2021
     New York, New York

                 RICHARD J. SULLIVAN
                 UNITED STATES CIRCUIT JUDGE
                 Sitting by Designation