UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Tyrell Sumpter,<br><br>                    Defendant. | No. 18-cr-373 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

At the request of defense counsel, IT IS HEREBY ORDERED THAT the *Fatico* hearing scheduled for Thursday, October 7, 2021 is adjourned to Friday, October 8, 2021 at 10:00 am. The parties shall comply with all other deadlines set forth in the Court's prior order (Doc. No. 850).

SO ORDERED.

Dated:    August 12, 2021
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation