

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 11, 2021

**BY ECF**
The Honorable Richard J. Sullivan
United States Circuit Judge (Sitting by Designation)
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: **United States v. Tyrell Sumpter**, S1 18 Cr. 373 (RJS)

Dear Judge Sullivan:

    The Government respectfully requests a one-week adjournment, until November 19, 2021 of the submission deadline for its post-*Fatico* hearing opening brief.  The Government requests the extension because the undersigned was on unexpected leave last week.  The defense's opposing brief is currently due to be filed on January 4, 2022.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By: /s/ Jun Xiang
    Matthew Hellman / Elinor Tarlow / Jun Xiang
    Assistant United States Attorneys
    (212) 637-2278 / -1036 / -2289

**CC (ECF)**
All Counsel of Record

```
IT IS HEREBY ORDERED THAT the government's request for a one-
week adjournment is GRANTED.  The government shall file its
post-Fatico-hearing brief by November 19, 2021.

SO ORDERED:
DATE:  November 11, 2021         _____
                                 Richard J. Sullivan
                                 U.S.C.J., Sitting by Designation
```