**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street,  Suite 400**
**New York, New York 10007**
scolarilaw@gmail.com

TEL 212-227-8899                                                                                                       FAX 212-964-2926

February 7, 2022

Hon. Richard J. Sullivan
United States Circuit Judge
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Tyrell Sumpter,**
18 Cr. 373 (RJS)

Your Honor,

    I write to request an extension of time to file a response to the government's post Fatico memo until February 15, 2022, which would be two weeks from Mr. Sumpter's currently scheduled March 1, 2022 sentence. Currently the response is due February 9, 2022, but I have not been able to meet with Mr .Sumpter because MDC attorney jail visits were  suspended on December 20, 2021 due to covid. Visits were scheduled to resume on February 1, 2022 but were cancelled again due to a nationwide BOP shut-down. I have just learned that visits are supposed to restart today, but I due to my schedule I am not able to see Mr. Sumpter before February 9, 2022.  The extension  will give me the opportunity that I need to meet with Mr. Sumpter several times in advance of filing a reply memo and to prepare for sentencing.

    Therefore, I  request an extension of time to file a submission until  February 15, 2022 and request that the Court grant the government an extension for the filing of any submission to February 22, 2022. The government,  by Jun Xiang,  Esq., consents to this application

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

_____
HON. RICHARD J. SULLIVAN

```
Defendant's request for an extension of time to file a
response to the government's post-Fatico submission is
GRANTED.  IT IS HEREBY ORDERED THAT the defendant shall
submit his response by February 15, 2022.
SO ORDERED:  _____
Date:  February 7, 2022       Richard J. Sullivan
                              U.S.C.J., Sitting by Designation
```