UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TYRELL SUMPTER,

              Defendant.

No. 18-cr-373-6 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a letter from Defendant, dated December 3, 2024, requesting that the most recent version of his presentence investigation report ("PSR") be sent to the Bureau of Prisons. The Court has granted that request and directed the United States Probation Office to send the most recent version of the PSR to the Bureau of Prisons.

    Moreover, in light of the nature of the information discussed in Defendant's letter, the Court concludes that the presumption in favor of open records has been outweighed by Defendant's privacy interests. *See United States v. Amodeo*, 71 F.3d 1044, 1048–51 (2d Cir. 1995). Accordingly, IT IS HEREBY ORDERED that the December 3, 2024 letter shall be maintained under sealed. The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant at the facility where he currently resides.

SO ORDERED.

Dated:    December 23, 2024
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation