UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>TYRELL SUMPTER,<br><br>　　　　　　　　Defendant. | No. 18-cr-373-6 (RJS) |
| TYRELL SUMPTER,<br><br>　　　　　　　　Movant,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Respondent. | No. 24-cv-7523 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

　　The Court is in receipt of Defendant Tyrell Sumpter's motion for post-conviction relief pursuant to 28 U.S.C. § 2255. (Dkt. No. 24-cv-7523, Doc. No. 1; Dkt. No. 18-cr-373-6, Doc. No. 1072.) IT IS HEREBY ORDERED that the government shall file a written submission responding to Mr. Sumpter's motion no later than March 21, 2025. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Sumpter.

SO ORDERED.

Dated:　　February 14, 2025
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation